**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

SEP 2 7 2012

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

ANTHONY McCOY,          )
                              )
        Plaintiff,      )
                              )
v.                         )      Civil Action No. 3:11CV598
                              )
WARDEN KELLY, *et al.*,     )
                              )
        Defendants.    )

## MEMORANDUM OPINION
### (Dismissing Complaint under Civil Rights Act 42 U.S.C. § 1983)

Anthony McCoy, a Virginia prisoner proceeding *pro se* and *in forma pauperis*, submitted this action pursuant to 42 U.S.C. § 1983. On April 24, 2012, the Court issued a Memorandum Order informing McCoy that his Complaint "fail[ed] to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests." (ECF No. 10 [hereinafter "April 24, 2012 Memorandum Order"]. at 1 (citation omitted).) The April 24, 2012 Memorandum Order directed McCoy to submit, within fourteen (14) days of the date of entry thereof, a particularized complaint conforming to the directions set out in the same Memorandum Order. The April 24, 2012 Memorandum Order warned McCoy that "[f]ailure to comply with the foregoing directions [would] result in the dismissal of the action." (*Id.* at 2 (citation omitted).) McCoy failed to comply with the April 24, 2012 Memorandum Order. McCoy has not communicated with the Court since October 24, 2011. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

/s/

Henry E. Hudson
United States District Judge

Date: Sept 27, 2012
Richmond, Virginia